IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:05-CV-00330-RAL-MAP

------------------------------------------------------------X

BOHEMIA INTERACTIVE STUDIO, s.r.o., a
corporation organized under the laws of the
Czech Republic,

        Plaintiff,

v.

BBN TECHNOLOGIES HOLDING CORP., a
Delaware corporation; BBN TECHNOLOGIES
OPERATING CORP., a Delaware corporation;
BBNT SOLUTIONS LLC, a Delaware limited
liability company; one or all doing business as
BBN TECHNOLOGIES,

        Defendants.

------------------------------------------------------------X

## ORDER APPROVING STIPULATION OF SETTLEMENT AND RETENTION OF JURISDICTION

THIS CAUSE having come to be considered by this Court on the Plaintiff's and Defendants' Joint Request that their duly executed Stipulation for Settlement of this action be approved by this Court, and the Court, having reviewed the Stipulation, a copy of which is in the Court file, and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the Stipulation of Settlement is hereby approved and incorporated into this Order by reference. Pursuant to the Stipulation, this action is dismissed with prejudice with each party to bear their own costs and fees. However, the Court retains jurisdiction to enforce the terms of the Stipulation, as well as the Mutual Release and License Agreement executed as part of the Stipulation of Settlement.

{W:\Intell\5250\0001/M0245887 v.1; 7/21/2005 07:24 PM}

Bohemia v. BBN
Case No. 8:05-CV-00330-RAL-MAP

DONE AND ORDERED in Chambers, in Tampa, Florida, this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Jorge Espinosa, Esq.
Kluger, Peretz, Kaplan & Berlin P.L.
Miami Center – 17th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
*Fax – 305-379-3428 (envelope also enclosed)*

Andrew Seiden, Esquire
Seiden, Alder & Matthewman, P.A.
2300 Glades Road
Suite 340W
Boca Raton, Florida 33431
Fax - 561-416-0171 *(envelope also enclosed)*